**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DPF ALTERNATIVES, LLC | : | |
| | : | |
| Plaintiff, | : | Case No. 3:24-mc-6 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| DET DIESEL EMISSION | : | |
| TECHNOLOGIES, LLC, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER OVERRULING NON-PARTY JRC ALTERNATIVES**
**LLC'S MOTION TO QUASH SUBPEONA (DOC. NO. 1) AS MOOT;**
**DISMISSING MISCELLANEOUS ACTION**

---

This miscellaneous action is before the Court upon Movant JRC Alternatives, LLC's ("JRC") Notice to Moot Motion to Quash Subpoena and to Dismiss this Action (the "Notice") (Doc. No. 2). DET Diesel Emission Technologies, LLC, and Synergy Catalyst LLC, defendants in a case initially pending in the United States District Court for the District of Colorado, issued a subpoena *duces tecum* to JRC—a non-party—on May 8, 2024. (Doc. No. 1-2 at PageID 15.) JRC moved in this Court to quash that subpoena on June 14, 2024. (Doc. No. 1.) On July 30, 2024, JRC advised the Court that the challenged subpoena was in the process of being withdrawn, thus rendering JRC's motion to quash moot. The Court agrees and, therefore, **OVERRULES** Non-Party JRC Alternatives LLC's Motion to Quash Subpoena (Doc. No. 1) as moot. Further, the Court finds it appropriate that the present miscellaneous matter be **DISMISSED**. The Clerk is directed to **TERMINATE** this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, January 28, 2025.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE